**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Jaquita Cook,

Plaintiff,

vs.

Domino's Pizza LLC, et al.,

Defendants.

**Civil No. 01-CV-500 RHK JMM**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Date: 9/10, 2001

NICHOLS KASTER & ANDERSON

John Fabian 13482X
Steven Smith
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Attorney for plaintiff Jaquita Cook

SEP 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**EXHIBIT D**

Date: 9/26, 2001

FAEGRE & BENSON LLP

Mary E. Stumo, #122440
Holly M. Robbins, #260381
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Attorneys for defendants Domino's Pizza, LLC f/k/a Domino's Pizza, Inc.

Date: 9/13/, 2001

Regina Chu (122978)
701 4th Avenue South
Suite 500
Minneapolis, MN 55415

Attorney for defendant Ivan Markiv

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: 9/28, 2001

RICHARD H. KYLE
U.S. District Court Judge
UNITED STATES DISTRICT COURT

M1:790425.01